IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PRODUCT ASSOCIATION TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SHOPSTYLE, INC.,<br><br>    Defendant. | C.A. No. 17-CV-00978-JFB-SRF |

## ORDER OF DISMISSAL AND JUDGMENT

The Court having considered the Joint Stipulation of Final Judgment and Dismissal filed by Plaintiff Product Association Technologies, LLC ("Plaintiff") and Defendant ShopStyle, Inc. ("Defendant"), hereby enters final judgment in this action and dismisses Plaintiff's claims against Defendant with prejudice.

**SO ORDERED** this 26th day of October, 2017.

                s/ Joseph F. Bataillon
                Senior United States District Judge